UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RICHARD L. BLOMQUIST,

    Plaintiff,

vs.

IRONWOOD LANE, LLC, ANNA LEIBSOHN, SAMUEL TSUKERMAN, and SOPHIA TSUKERMAN,

    Defendants.

Case No. 19-cv-543

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between Plaintiff, Richard L. Blomquist, and Defendants Ironwood Lane, LLC, Anna Leibsohn, Samuel Tsukerman, and Sophia Tsukerman, through their respective attorneys, that the above-captioned matter shall be dismissed in its entirety, upon the merits, with prejudice, and without costs to any of the parties. An order to that effect may be entered by the court without further notice or hearing.

Dated this 10th day of June 2019.

By:   *s/ Philip J. Miller*
Philip J. Miller
Karen L. Tidwall
Angela B. Harden
HUSCH BLACKWELL LLP
Attorneys for Plaintiff
555 East Wells Street, Suite 1900
Milwaukee, WI 53202-3819
(414) 273-2100 Phone
(414) 223-5000 Fax
Philip.Miller@huschblackwell.com
Karen.Tidwall@huschblackwell.com
Angela.Harden@huschblackwell.com
*Attorneys for Plaintiff*

By: *s/ Matthew J. Thome*
Kelly J. Noyes
Matthew J. Thome
VON BRIESEN & ROPER, S.C.
411 East Wisconsin Avenue, Suite 1000
Milwaukee, Wisconsin 53202
Phone: (414) 276-1122
Fax: (414) 276-6281
knoyes@vonbriesen.com
mthome@vonbriesen.com
*Attorneys for Defendants*